**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IAN MORRIS, SUSAN MORRIS,**

        **Plaintiffs,**

**-vs-**                                      **Case No. 6:09-cv-1624-Orl-35DAB**

**BUENA VISTA CORPORATION, SHAM**
**MAHARAJ, MACANTHONY REALTY**
**INTERNATIONAL, INC.,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the Court's Order to Show Cause (Doc. No. 73) and the following motion filed herein:

> **MOTION:** **JOINT MOTION TO REQUIRE REIMBURSEMENT OF MEDIATION EXPENSES (Doc. No. 70)**
>
> **FILED:** February 10, 2011
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED, in part**.

As set forth in the Order to Show Cause (Doc. No. 73) and the instant motion, Defendants Sham Maharaj ("Maharaj") and Beuna Vista Corporation ("BVC") have abandoned any defense in this action.[1] Although served with Notice, Maharaj did not attend his deposition or that of BVC; Maharaj did not attend mediation, in direct violation of the terms of the Case Management and Scheduling Order (Doc. Nos. 71, 68); and these Defendants have failed to communicate and cooperate

---

[1] A default has been entered against BVC (Doc. No. 66).

in any meaningful way with the other parties.  Based on the failure to defend, the Court ordered Maharaj to show cause why sanctions, including but not limited to monetary sanctions and/or the striking of pleadings and the entry of a default, should not be imposed for his failure to comply with the federal and local rules, and the terms of the Case Management and Scheduling Order.  No timely response has been filed, despite the Court's warning that "failure to timely respond to this Order may result in the imposition of such sanctions without further notice." (Doc. No. 73).  As such, it is **respectfully recommended** that the answer filed by Maharaj be **stricken** and a default be entered against him for failure to comply with local and federal rules and the Orders of the Court, and abandonment of his defense.  Upon entry of the default, the parties may move for entry of a default judgment, which may include a portion of the mediation fees, as part of the costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 31, 2011.

                              *David A. Baker*
                              DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy